**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raul Tovar, | No. CV-21-00270-TUC-RCC |
| Petitioner, | **ORDER** |
| v. | |
| C. Howard, et al., | |
| Respondents. | |

On February 11, 2022, Magistrate Judge Leslie A. Bowman issued a Report and Recommendation ("R&R") in which she recommended the Court deny Petitioner Raul Tovar's Petition Pursuant to 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody. (Doc. 23.) The R&R notified the parties that they had fourteen (14) days from the date of the R&R to file any objections. No objections have been filed.

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Id.* at 154.

The Court has reviewed and considered the Petition (Doc. 1), the Screening Order (Doc. 8), the Government's Response (Doc. 17), Petitioner's Reply (Doc. 22), and Judge Bowman's R&R (Doc. 23). The Court finds that the R&R is well-reasoned and agrees

with Judge Bowman's conclusions. Accordingly,

**IT IS ORDERED** that the R&R is **ADOPTED** (Doc. 23) and Petitioner Raul Tovar's Petition Pursuant to 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody is **DISMISSED WITH PREJUDICE** (Doc. 1). The Clerk of Court shall docket accordingly and close the case file in this matter.

Dated this 17th day of March, 2022.

_____
Honorable Raner C. Collins
Senior United States District Judge